ORIGINAL

1 CALVO_F.sat

2 LEONARDO M. RAPADAS
United States Attorney
3 MARIVIC P. DAVID
Assistant U.S. Attorney
4 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 Hagåtña, Guam 96910
TEL: (671) 472-7332
6 FAX: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM

NOV - 5 2007

JEANNE G. QUINATA
Clerk of Court

7 Attorneys for the United States of America

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE DISTRICT OF GUAM**

10 UNITED STATES OF AMERICA,       )
                                  )   CIVIL CASE NO. 99-00025
11              Plaintiff,         )
                                  )
12        vs.                      )
                                  )   **SATISFACTION OF JUDGMENT**
13 FRANKLIN R. CALVO, JR.,         )
                                  )
14              Defendant.         )
                                  )

15

16 TO THE CLERK OF THE ABOVE-ENTITLED COURT:

17        Satisfaction of the judgment obtained herein is acknowledged, and you are instructed to

18 enter a Satisfaction of Judgment. An Abstract of Judgment was entered by the Department of

19 Land Management, Territory of Guam, on **July 22, 1999**, as Instrument Number **607164**.

20        I declare under the penalty of perjury that the foregoing is true and correct.

21        DATED this 2nd day of November, 2007.

22

23                                     LEONARDO M. RAPADAS
                                       United States Attorney
                                       Districts of Guam and the NMI
24

25                     By:   _____
                                       MARIVIC P. DAVID
26                                     Assistant U.S. Attorney

27

28